UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.13-cv-23878-UU

ATUL KAMAR SOOD,

    Plaintiff,

v.

CATALYST PHARMACEUTICAL PARTNERS INC., *et al*,

    Defendant.

_____/

## **ORDER**

THIS CAUSE comes before the Court upon Plaintiff's Motion to Appoint Lead Plaintiff and Lead Plaintiffs' Counsel, (D.E. 13), and upon Defendants' Motion to Dismiss, (D.E. 10).

THE COURT has considered the pertinent portions of the record and is otherwise fully advised in the premises. In accordance with the Orders issued during the Status Conference held on January 3, 2014, it is hereby

ORDERED AND ADJUDGED that Plaintiff's Motion to Appoint Lead Plaintiff and Lead Plaintiff's Counsel, (D.E. 13), is GRANTED. The "Catalyst Group," which consists of Plaintiffs Ward Rijnsburger, Luis Aranaz, and Jared Pereira, is hereby appointed as Lead Plaintiff, and Lead Plaintiff's chosen counsel, the Rosen Law Firm, P.A., is appointed as Lead Plaintiffs' Counsel. Further, it is hereby

ORDERED AND ADJUDGED that Defendants' Motion to Dismiss, (D.E. 10), is GRANTED. For the reasons stated during the Status Conference, all claims are DISMISSED WITHOUT PREJUDICE. Plaintiffs SHALL file an Amended Complaint that complies with the heightened pleading standards contained in the PSLRA by **Thursday, January 23, 2014**.

DONE AND ORDERED in Chambers at Miami, Florida, this 3d day of January, 2014.

_____
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf