**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.13-cv-23878-UU

ATUL KAMAR SOOD,
individually and on behalf of all others similarly situated,

      Plaintiff,

v.

CATALYST PHARMACEUTICAL PARTNERS INC., *et al.*,

      Defendants.

_____/

## ORDER EXPEDITING RESPONSES

THIS CAUSE comes before the Court upon Defendants' Motion to Dismiss. D.E. 29.

THE COURT has considered the motion and the pertinent portions of the record, and is

otherwise fully advised in the premises. It is hereby

ORDERED AND ADJUDGED that Plaintiffs' Response to Defendants' Motion*,*

(D.E. 29), is due by **Friday, February 21, 2014**. Defendants' Reply is due by **Friday, February**

**28, 2014**.

DONE AND ORDERED in Chambers at Miami, Florida, this 10th day of February,

2014.

*Ursula Ungaro*

_____
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf