**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 13-23878-CIV-UNGARO/OTAZO-REYES**

ATUL KAMAR SOOD,
individually and on behalf of all others similarly situated,

      Plaintiff,

v.

CATALYST PHARMACEUTICAL PARTNERS INC.,
and PATRICK J. MCENANY,

      Defendants.

_____/

## ORDER RE: OCTOBER 8, 2014 FOLLOW-UP DISCOVERY HEARING

THIS CAUSE came before the Court for a follow-up telephonic hearing held on October 8, 2014 on Court-appointed lead Plaintiffs Luis Aranaz and Jared Pereira's (collectively, "Plaintiffs") Motion to Compel Amendment of Discovery Responses Under Federal Rule of Civil Procedure 26(e) and Production of Responsive Documents (hereafter, "Motion to Compel") [D.E. 110]. This matter was referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Ursula Ungaro, United States District Judge [D.E. 115].

At a prior hearing held on September 30, 2014, the undersigned ordered Defendants Catalyst Pharmaceutical Partners Inc. and Patrick J. McEnany (collectively, "Defendants") to supplement their response to the Motion to Compel by stating whether they had due diligence documents on Jacobus, outside of those found in the Bio Marin data room. In their supplemental response [D.E. 128], Defendants indicate that they have identified a universe of such documents (hereafter, "Additional Jacobus Due Diligence Documents") and, in light of the undersigned's prior orders, would be willing to produce "all responsive documents, or portions thereof, from

the Additional Jacobus Due Diligence Documents relating to the safety, use, and effectiveness of the 3,4-DAP for the treatment of LEMS" [D.E. 128 at 2].  Based on this representation and in accordance with the undersigned's rulings at the hearing, it is

ORDERED AND ADJUDGED that Plaintiffs' Motion to Compel is GRANTED IN PART.  Defendants shall produce the Additional Jacobus Due Diligence Documents relating to the safety, use, and effectiveness of 3,4-DAP for the treatment of LEMS by the **close of business on Friday, October 10, 2014.**

DONE AND ORDERED in Chambers at Miami, Florida, this 8th day of October, 2014.

ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc:  United States District Judge Ursula Ungaro
     Counsel of Record

2