## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 13-cv-23878-UU
### Judge: Hon. Ursula Ungaro

| | |
|---|---|
| ATUL KAMAR SOOD, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>CATALYST PHARMACEUTICAL PARTNERS INC., PATRICK J. MCENANY<br><br>　　　　　Defendants. | CASE No.: 13-cv-23878-UU |

## NOTICE OF SETTLEMENT

Pursuant to Local Rule 16.2(f)(2) and this Court's order docketed October 7, 2014 (Dkt. # 129), the Parties are pleased to report that this case settled in full shortly after the mediation that took place on October 20, 2014.  Because the Parties propose a class settlement to this action, the Court must preliminarily and finally approve the settlement. The Parties are drafting settlement papers, and will file a motion for preliminary approval of the settlement as soon as possible but in no event later than twenty one days from this date.

Dated: October 30, 2014                          Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

By:  _/s/ Laurence M. Rosen
Laurence Rosen, Esq.
Jonathan Horne, Esq. (*pro hac vice*)
275 Madison Avenue, 34th Floor
New York, NY  10016
Phone: (212) 686-1060
Fax: (212) 202-3827

*Counsel for Class Representatives*

**AKERMAN LLP**

By: /s/ Brian Miller (with permission)
Brian P. Miller, Esq.
Samantha J. Kavanaugh, Esq.
One Southeast Third Avenue, 25th Floor
Miami, FL  33131
Tel: (305) 374-5600
Fax: (305) 374-5095

1

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on October 30, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which sent notification of such filing to all counsel of record.

<u>/s/ Laurence M. Rosen</u>