UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.1:13-cv-23878-UU

LUIS ARANAZ and
JARED PEREIRA,

    Plaintiffs,

v.

CATALYST PHARMACEUTICAL PARTNERS and
PATRICK J. MCENANY,

    Defendants.
_____/

## ADMINISTRATIVE ORDER

    THIS CAUSE comes before the Court upon the Court's Entry of Final Judgment.

    The Court is fully advised in the premises. It is hereby

    ORDERED AND ADJUDGED that this case is CLOSED for administrative purposes.

    DONE AND ORDERED in Chambers at Miami, Florida, this 16th day of March, 2015.

_____
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf